IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:06cr84 |
| vs. : | 1:13cv287 |
| : | Chief Judge Susan J. Dlott |
| Shawn McDaniel, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael R. Merz filed on June 11, 2013 (Doc. 120), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 28, 2013, hereby ADOPTS said Report and Recommendation.

Accordingly, the motion to vacate is **GRANTED** and defendant's sentence is vacated. The Defendant will be resentenced under the Fair Sentencing Act.

IT IS SO ORDERED.

   s/Susan J. Dlott   
Chief Judge Susan J. Dlott
United States District Court